John J. A. Rogers, Respondent, v. Carolina Schneider, Appellant.— The learned County Court was too courteous and too complacent to the various irregularities which marked the trial of this case. The animosity of the attorneys explains but does not palliate their conduct of the trial. We think that in the interests of justice there should be a new trial for the error in permitting evidence as to the defendant's signature to the application for her marriage license. (See folios 444, 445, 446 and 447.) Judgment and order of the County Court of Queens county reversed and new trial ordered, costs to abide the event. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

Augusta Rux, Respondent, v. John H. Schumann, Jr., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

Emily M. Schloeman, Respondent, v. Vincenzo Massagli and Others, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

Rebecca Strosensky, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

Oscar Strosensky, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment reversed and new trial granted, costs to appellant to abide the event. The jury having found a verdict for the plaintiff's wife in her action for damages, the verdict for the defendant in the husband's case is against the evidence and inconsistent. He was at least entitled to recover a reasonable amount for the doctor's services. (*Gray* v. *Brooklyn Heights R. R. Co.*, 72 App. Div. 454.) Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

Rosalie Tutone, Respondent, v. New York Consolidated Railroad Company, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion to vacate the order denied. The order of June 5, 1919, for examination of the plaintiff is modified so as to provide that the report of the doctor be given to the attorney for defendant, and a copy thereof be given to the attorney for plaintiff. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

Calvin W. Weddle and Lemelly F. Bowne, Respondents, v. Stanley Grzeczezak, Appellant. (Appeal No. 1.) — Order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.